LIZZIE L. ADAMS v. SOUTHERN TRANSIT CORPORATION AND CARO-
LINA MUTUAL CASUALTY INSURANCE COMPANY,

AND

S. B. ADAMS v. SOUTHERN TRANSIT CORPORATION AND CAROLINA
MUTUAL CASUALTY INSURANCE COMPANY.

(Filed 17 November, 1926.)

(For' digest see *Harrison v. Transit Co.*, next preceding case.)

APPEAL by the Casualty Insurance Company from *Shaw, J.*, at June
Term, 1926, of the Superior Court of GUILFORD County, overruling its
demurrer to the complaint in each case.

*Allen Adams and King, Sapp & King, for plaintiffs.*
*John W. Hester and Shuping & Hampton for defendants.*

ADAMS, J. The plaintiff in each of these cases brought suit to re-
cover damages for personal injury ·caused by the negligence of the
Southern Transit Corporation. This defendant filed answers in the
two cases; but the Casualty Company demurred to the complaints for
misjoinder of parties defendant and of causes of action. The decision
in *Harrison v. Southern Transit Corporation et al.* controls in the dis-
position of these appeals.

In each case the judgment is
Affirmed.